No. 52210.—SUIT 4569.—Peat Products Corp. *v.* United States.——
—C. D. 1033 affirmed November 17, 1947. C. A. D. 375.

MARCH 8, 1948

No. 52211.—SUIT 4582.—United States *v.* International Paint Co., Inc.—
—C. D. 1052 affirmed January 6, 1948. C. A. D. 376.